Case 10-00095    Doc 29    Filed 05/18/10    Entered 05/19/10 09:51:56    Desc Main
Document    Page 1 of 2

10-00095:22.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 4/27/2010 12:53:41 PM by:Chad Hayward Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>    Sultana Amanullah<br>        Debtor. | Case No.: 09 B 42751<br>Chapter: 13<br>Plan filed on 11/18/09<br>Judge Jack B. Schmetterer |
| Sultana Amanullah,<br>        Plaintiff,<br>v.<br>J P Morgan Chase Bank, N.A.,<br>        Defendant. | ADV. NO.    10-00095<br>Judge Jack B. Schmetterer |

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Upon review of the record, including the Plaintiff's Complaint, Summons, and Motion for default and default judgment along with all attached exhibits and affidavits, the Court makes the following findings of fact and conclusions of law:

1.) Plaintiff is the owner of real estate, his principal place of residence, located at 6247 N. Troy Street, Chicago, IL 60659.

2.) Defendant, J P Morgan Chase Bank, N.A. (hereinafter "Chase"), holds a first mortgage lien on the Subject Real Estate with a secured claim in the amount of $324,025.52.

3.) Based on Plaintiff's information and understanding, Defendant Chase also holds a second mortgage on Plaintiff's property located at 6247 N. Troy Street, Chicago, IL 60659 in the amount of $34,577.80. However, Defendant Chase has not filed a proof of claim for such second mortgage lien.

4.) Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. §157, 28 U.S.C. § 1334; this proceeding is a core matter.

5.) On January 19, 2010 Plaintiff filed a complaint seeking to obtain judgment against Defendant, to determine the value of security and release of JP Morgan Chase's underlying lien on Plaintiff's real property.

Case 10-00095 Doc 29 Filed 05/18/10 Entered 05/19/10 09:51:56 Desc Main Document Page 2 of 2

10-00095:22.0:Proposed Findings of Fact and Conclusions of Law:Main Document Entered: 4/27/2010 12:53:41 PM by:Chad Hayward Page 2 of 2

6.) On January 21, 2010 an alias summons was issued by the Clerk of the Bankruptcy Court that required Defendant to answer or otherwise plead on or before February 25, 2010.

7.) The January 21st alias summons was served on J. P. Morgan Chase Bank but failed as proper service because it did not name a specific person to be served.

8.) On March 1, 2010 a second alias summons was issued by the Clerk of the Bankruptcy Court that required Defendant to answer or otherwise plead on or before March 29, 2010.

9.) On March 1, 2010 a true copy of the second alias summons and complaint was served via United States First Class Mail on James Dimon, Chairman and CEO of JP Morgan Chase Bank, N.A., 270 Park Avenue, New York, New York 10017-2070.

10.) ~~James Dimon is not in the military service of the United States.~~

11.) Defendant has failed to plead or otherwise defend against plaintiff's complaint and was found to be in default pursuant to Bankruptcy Rule 7052.

12.) Plaintiff obtained a Comparative Market Analysis which indicated that the value of the Real Estate located at 6247 N. Troy Street, Chicago, IL 60659 is $290,116.

13.) The Secured Claim of Chase's first mortgage lien of $324,025.52 exceeds the value of the subject property leaving nothing for Defendant's second mortgage lien to attach.

14.) Pursuant to 11 U.S.C. § 506 (a)(1) Defendant's second mortgage lien should be valued at $0.00.

Judge Jack B. Schmetterer

MAY 18 2010

Prepared By:
Chad M. Hayward
Atty. No. 6280182
343 W. Erie, Suite 510
Chicago, IL 60654
312.867.3640